[Cöos, June, 1881.]

ANDREWS *v.* GREEN.

IN CASE, for damage done the plaintiff by fire alleged to have been negligently set by the defendant on his own land, and so negligently guarded that it escaped upon land of the defendant. The report of a referee was recommitted for a further and more specific finding as to the fact of negligence.

*A. S. Twitchell* and *Bingham & Aldrich*, for the plaintiff.

*Ladd & Fletcher*, for the defendant.